IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CLEDARREYELL L. MCCONNELL**                                    **PLAINTIFF**

**V.**                                                                                        **CAUSE NO. 3:23-CV-463-CWR-LGI**

**VIRNA ROBINSON, TAKEO CLARK,**                             **DEFENDANTS**
**and JANE/JOHN DOES**

## **ORDER**

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was issued on July 30, 2024. Docket No. 27. The Report and Recommendation notified the parties that failure to file written objections to its findings and recommendations within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there has been no timely submission of written objections addressing the Report and Recommendation, hereby adopts the Report and Recommendation as the Order of this Court. Accordingly, this cause is dismissed without prejudice for failure to prosecute. A separate Final Judgment is forthcoming.

**SO ORDERED**, this the 27th day of August, 2024.

                                                                         s/ Carlton W. Reeves
                                                                         UNITED STATES DISTRICT JUDGE